# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00180-CV

**Rebecca Mae Blount, Appellant**

**v.**

**Yellow Orchid, LLC, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-15-000923, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion to dismiss her appeal. *See* Tex. R. App.

P. 42.1(a)(1).  We grant the motion and dismiss the appeal.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed on Appellant's Motion

Filed:   April 14, 2015